DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC LASHAWN WILEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2622

[November 15, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case No. 432008CF000073A.

Eric Lashawn Wiley, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***